UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD FRANK CUTRIGHT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CALIFORNIA HIGHWAY PATROL, et al., <br><br> Defendant. | Case No. 5:20-cv-01301-JWH (SHK) <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Plaintiffs have objected. The Court **ACCEPTS** the findings and recommendation of the Magistrate Judge.

It is therefore **ORDERED** that Judgment be entered **DISMISSING** this action **with prejudice** and **without leave to amend**.

**IT IS SO ORDERED.**

Dated: August 15, 2022

_____
HONORABLE JOHN W. HOLCOMB
United States District Judge