**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RONALD FRANK CUTRIGHT, et al., | Case No. 5:20-cv-01301-JWH (SHK) |
|---|---|
| Plaintiffs, | |
| v. | **JUDGMENT** |
| CALIFORNIA HIGHWAY PATROL, et al., | |
| Defendants. | |

1     Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED with prejudice**.

    **IT IS SO ORDERED.**

Dated: August 15, 2022

HONORABLE JOHN W. HOLCOMB
United States District Judge

2